**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DIST. OF MISSISSIPPI**

Case number (if known): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Identify Yourself** |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **James**<br>First Name<br>**W.**<br>Middle Name<br>**Gray**<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name | _____<br>First Name<br>_____<br>Middle Name<br>_____<br>Last Name |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _0_ _5_ _1_ _7_<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9xx – xx – ____ ____ ____ ____ |

Debtor 1    **James W. Gray** _____    Case number (if known) _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

__ __ __ – __ __ __ __ __ __ __
EIN

__ __ __ – __ __ __ __ __ __ __
EIN

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

_____
Business name

EIN

EIN

**5.** **Where you live**

**144 Verona Ave.** _____
Number    Street

_____

_____

**Nettleton**        **MS**    **38858**
City                  State    ZIP Code

**Lee** _____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                  State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____

_____
City                  State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                  State    ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:** **Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:*  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **James W. Gray** _____    Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____ When _____ Case number _____
                                                     MM / DD / YYYY

District _____ When _____ Case number _____
                                                     MM / DD / YYYY

District _____ When _____ Case number _____
                                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                                    MM / DD / YYYY    if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                                    MM / DD / YYYY    if known

**11. Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

         ☐ No. Go to line 12.

         ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **James W. Gray**_____    Case number (if known) _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                              State         ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
Number    Street

_____

_____
City                              State         ZIP Code

Debtor 1      **James W. Gray**                                               Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any.  If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **James W. Gray** _____    Case number (if known) _____

| ■ **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.
_____

**17.** Are you filing under Chapter 7?

☐ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18.** How many creditors do you estimate that you owe?

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** How much do you estimate your assets to be worth?

☐ $0-$50,000
☒ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0-$50,000
☒ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **James W. Gray** _____    Case number (if known) _____

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____        X _____
James W. Gray, Debtor 1                                  Signature of Debtor 2

Executed on **08/20/2019**                                Executed on _____
        MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1     **James W. Gray** _____     Case number (if known) _____

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**X** _____     Date **08/20/2019** _____
Signature of Attorney for Debtor                    MM / DD / YYYY

**Denvil F. Crowe** _____
Printed name

**The Law Office of Denvil F. Crowe** _____
Firm Name

**346 North Green St.** _____
Number        Street

**P.O. Box 1158** _____

_____

**Tupelo** _____     **MS** _____     **38802** _____
City                                State        ZIP Code

Contact phone  **(662) 844-7949** _____     Email address **Court@denvilcrowe.com** _____

**9345** _____     _____
Bar number                          State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **W.** | **Gray** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**1/2 Interest In 1998 Fleetwood Mobile Home on .2 Acre(s)**

**Located At:
144 Verona Ave.
Nettleton, MS 38859**

_____
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other  **3 Bedroom(s) / 2 Bath(s) H**

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local
property identification number:**

_____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$22,140.00** | **$11,070.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**
_____

☐ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any
entries for pages you have attached for Part 1. Write that number here.........................................................** → 

| $11,070.00 |
|---|

Debtor 1    **James W. Gray**    Case number (if known) _____

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| | | | |
|---|---|---|---|
| 3.1. | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Make:    **Chevrolet** | ☑ Debtor 1 only | | |
| Model:    **Silverado Z71** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year:    **2003** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage:    **287,000** | ☐ At least one of the debtors and another | **$4,927.50** | **$4,927.50** |

Other information:
**2003 Chevrolet Silverado Z71 (approx. 287,000 miles)**    ☐ **Check if this is community property** (see instructions)

| | | | |
|---|---|---|---|
| 3.2. | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Make:    **Nissan** | ☑ Debtor 1 only | | |
| Model:    **Sentra** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year:    **2018** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage:    **21,000** | ☐ At least one of the debtors and another | **$14,265.00** | **$14,265.00** |

Other information:
**2018 Nissan Sentra (approx. 21,000 miles)**    ☐ **Check if this is community property** (see instructions)

| | | | |
|---|---|---|---|
| 3.3. | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
| Make:    **Hyundai** | ☑ Debtor 1 only | | |
| Model:    **Sonata** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year:    **2015** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage:    **123,000** | ☐ At least one of the debtors and another | **$7,560.00** | **$7,560.00** |

Other information:
**2015 Hyundai Sonata (approx. 123,000 miles)**    ☐ **Check if this is community property** (see instructions)

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2.  Write that number here.......................................... ➔    | **$26,752.50** |

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.    **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....    | See continuation page(s). |    **$1,665.00**

Debtor 1    **James W. Gray** _____    Case number (if known) _____

7.  **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
   music collections; electronic devices including cell phones, cameras, media players, games

   ☑ No
   ☐ Yes. Describe..... [_____]   _____

8.  **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
   stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe..... [_____]   _____

9.  **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe..... [_____]   _____

10.  **Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

   ☑ No
   ☐ Yes. Describe..... [_____]   _____

11.  **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes. Describe..... [**Clothing**_____]   **$25.00**

12.  **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
   gold, silver

   ☑ No
   ☐ Yes. Describe..... [_____]   _____

13.  **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

   ☑ No
   ☐ Yes. Describe..... [_____]   _____

14.  **Any other personal and household items you did not already list, including any health aids you
   did not list**

   ☑ No
   ☐ Yes. Give specific
   information............ [_____]   _____

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
   attached for Part 3. Write the number here**..................................................................➔   [**$1,690.00**]

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

Debtor 1     **James W. Gray** _____    Case number (if known) _____

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes.................................................................................................... Cash: ........................    **$10.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes.............................    Institution name:

     17.1.    Checking account:    **Renasant Checking xxxx9432** _____    **$35.00**

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes.............................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them..........................    Name of entity:      % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them..........................    Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately.    Type of account:      Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes.............................    Institution name or individual:

**23. Annuities**   (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.............................    Issuer name and description:

Debtor 1    **James W. Gray** _____    Case number (if known) _____

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them _____

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them _____

**27.** **Licenses, franchises, and other general intangibles**
*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific information about them _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28.** **Tax refunds owed to you**

☐ No
☑ Yes.  Give specific information about them, including whether you already filed the returns and the tax years....................

| | |
|---|---|
| Federal: Federal Tax Refund.  Amt: $5,000.00 | |
| State: State Tax Refund.  Amt: $5,000.00 | |
| Local: Earned Income Tax Refund.  Amt: $5,000.00 | |

Federal: _____ **$5,000.00**
State: _____ **$5,000.00**
Local: _____ **$5,000.00**

**29.** **Family support**
*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30.** **Other amounts someone owes you**
*Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information _____

Debtor 1  **James W. Gray** _____  Case number (if known) _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes.  Name the insurance
company of each policy
and list its value................  Company name:  Beneficiary:  Surrender or refund value:

**Shelter Life Term Life**  **Kathy Gray**  $0.00

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☒ No
☐ Yes.  Give specific information

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes.  Describe each claim........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes.  Describe each claim........

**35.  Any financial assets you did not already list**

☒ No
☐ Yes.  Give specific information

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here**.................................................................  ➔  $15,045.00

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☒ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured
claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☒ No
☐ Yes.  Describe..

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☒ No
☐ Yes.  Describe..

Debtor 1    **James W. Gray**_____    Case number (if known) _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe.. | **See continuation page(s).** |    $1,216.00

41. **Inventory**

☑ No
☐ Yes. Describe.. | | _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                            % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes. Describe.... | | _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
    attached for Part 5. Write that number here......................................................................➔ |    $1,216.00

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

                                                                **Current value of the**
                                                                **portion you own?**
                                                                Do not deduct secured
                                                                claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes.... | | _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
        information.............. | | _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes.... | | _____

Debtor 1  **James W. Gray**                                  Case number (if known) _____

**50.  Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes.... _____    _____

**51.  Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific   _____    _____
information...............

**52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6.  Write that number here**................................................................➔ | **$0.00** |

---

## Part 7:  Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.  Do you have other property of any kind you did not already list?**
*Examples:*  Season tickets, country club membership

☐ No
☑ Yes.  Give specific information.

| **Metal Shed** | **$100.00** |
| **Misc. Old Flooring and Auto Parts** | **$200.00** |

**54.  Add the dollar value of all of your entries from Part 7.  Write that number here**............................➔ | **$300.00** |

---

## Part 8:  List the Totals of Each Part of this Form

**55.  Part 1: Total real estate, line 2**................................................................➔ | **$11,070.00** |

**56.  Part 2: Total vehicles, line 5**                                **$26,752.50**

**57.  Part 3: Total personal and household items, line 15**                **$1,690.00**

**58.  Part 4: Total financial assets, line 36**                        **$15,045.00**

**59.  Part 5: Total business-related property, line 45**                **$1,216.00**

**60.  Part 6: Total farm- and fishing-related property, line 52**            **$0.00**

**61.  Part 7: Total other property not listed, line 54**        **+**    **$300.00**

**62.  Total personal property.**    Add lines 56 through 61.................. | **$45,003.50** | Copy personal
property total  ➔ **+** | **$45,003.50** |

**63.  Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................. | **$56,073.50** |

Debtor 1    **James W. Gray** _____    Case number (if known) _____

**6.   Household goods and furnishings (details):**

| | |
|---|---:|
| **Stove** | **$100.00** |
| **Microwave** | **$20.00** |
| **Refrigerator/Freezer** | **$65.00** |
| **Dishwasher** | **$50.00** |
| **Washing Machine** | **$150.00** |
| **Small Appliances** | **$10.00** |
| **Dryer** | **$100.00** |
| **Living Room Furniture** | **$200.00** |
| **Silverware** | **$15.00** |
| **Bedroom Furniture** | **$275.00** |
| **Pictures and Prints** | **$5.00** |
| **Television(s)** | **$200.00** |
| **Radio** | **$25.00** |
| **Household Tools** | **$25.00** |
| **Computer** | **$75.00** |
| **Plates, China, etc.** | **$50.00** |
| **Dining Room Furniture** | **$75.00** |
| **Power Tools** | **$75.00** |
| **Lawn Mower** | **$150.00** |

**40.   Machinery, fixtures, equipment, supplies you use in business, and tools of your trade (details):**

| | |
|---|---:|
| **Air Tools and Sockets** | **$110.00** |
| **Tool Box** | **$450.00** |
| **Scanner** | **$656.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **W.** | **Gray** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1/2 Interest In 1998 Fleetwood Mobile Home on .2 Acre(s)**<br><br>**Located At:**<br>**144 Verona Ave.**<br>**Nettleton, MS 38859**<br>Line from *Schedule A/B*: __1.1__ | **$11,070.00** | ☑ **$75,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-21** |
| Brief description:<br>**2003 Chevrolet Silverado Z71 (approx. 287,000 miles)**<br>Line from *Schedule A/B*: __3.1__ | **$4,927.50** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Debtor 1    **James W. Gray**                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **2018 Nissan Sentra (approx. 21,000 miles)** Line from *Schedule A/B*: __3.2__ | **$14,265.00** | ☑ **$1,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **2015 Hyundai Sonata (approx. 123,000 miles)** Line from *Schedule A/B*: __3.3__ | **$7,560.00** | ☑ **$1,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Stove** Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Microwave** Line from *Schedule A/B*: __6__ | **$20.00** | ☑ **$20.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Refrigerator/Freezer** Line from *Schedule A/B*: __6__ | **$65.00** | ☑ **$65.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Dishwasher** Line from *Schedule A/B*: __6__ | **$50.00** | ☑ **$50.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Washing Machine** Line from *Schedule A/B*: __6__ | **$150.00** | ☑ **$150.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Small Appliances** Line from *Schedule A/B*: __6__ | **$10.00** | ☑ **$10.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Dryer** Line from *Schedule A/B*: __6__ | **$100.00** | ☑ **$100.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

Debtor 1    **James W. Gray** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on _Schedule A/B_ that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from _Schedule A/B_ | _Check only one box for each exemption_ | |
| Brief description: **Living Room Furniture** <br><br> Line from _Schedule A/B_:  **6** | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Silverware** <br><br> Line from _Schedule A/B_:  **6** | $15.00 | ☑ $15.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Bedroom Furniture** <br><br> Line from _Schedule A/B_:  **6** | $275.00 | ☑ $275.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Pictures and Prints** <br><br> Line from _Schedule A/B_:  **6** | $5.00 | ☑ $5.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Television(s)** <br><br> Line from _Schedule A/B_:  **6** | $200.00 | ☑ $200.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Radio** <br><br> Line from _Schedule A/B_:  **6** | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Household Tools** <br><br> Line from _Schedule A/B_:  **6** | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Computer** <br><br> Line from _Schedule A/B_:  **6** | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Plates, China, etc.** <br><br> Line from _Schedule A/B_:  **6** | $50.00 | ☑ $50.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

Debtor 1    **James W. Gray** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Dining Room Furniture** <br><br> Line from *Schedule A/B:*  **6** | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Power Tools** <br><br> Line from *Schedule A/B:*  **6** | $75.00 | ☑ $75.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Lawn Mower** <br><br> Line from *Schedule A/B:*  **6** | $150.00 | ☑ $150.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Clothing** <br><br> Line from *Schedule A/B:*  **11** | $25.00 | ☑ $25.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Cash** <br><br> Line from *Schedule A/B:*  **16** | $10.00 | ☑ $10.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description: **Federal Tax Refund** <br><br> Line from *Schedule A/B:*  **28** | $5,000.00 | ☑ $5,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(j)** |
| Brief description: **State Tax Refund** <br><br> Line from *Schedule A/B:*  **28** | $5,000.00 | ☑ $5,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(k)** |
| Brief description: **Earned Income Tax Refund** <br><br> Line from *Schedule A/B:*  **28** | $5,000.00 | ☑ $5,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(i)** |
| Brief description: **Air Tools and Sockets** <br><br> Line from *Schedule A/B:*  **40** | $110.00 | ☑ $110.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

Debtor 1   **James W. Gray** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Tool Box**<br><br>Line from *Schedule A/B*: __40__ | **$450.00** | ☑ __$450.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |
| Brief description:<br>**Scanner**<br><br>Line from *Schedule A/B*: __40__ | **$656.00** | ☑ __$656.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Miss. Code Ann. § 85-3-1(a)** |

**Fill in this information to identify your case:**

Debtor 1          **James**          **W.**          **Gray**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known)          _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
| --- | --- |

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
| --- | --- | --- | --- | --- |

2.1

**1st Heritage**
Creditor's name
**2306 W. Main Street**
Number     Street

_____

**Tupelo          MS    38801**
City          State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates
to a community debt**

Date debt was incurred   **6/1/2017**

**Debtor will Surrender**

Describe the property that
secures the claim:

**Household Goods**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Non-Purchase Money**

Last 4 digits of account number   ___ ___ ___ ___

| $4,000.00 | $100.00 | $3,900.00 |

Add the dollar value of your entries in Column A on this page. Write
that number here:

| $4,000.00 |
| --- |

Debtor 1    **James W. Gray**                                                        Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

---

**2.2**

**1st Metropolitan Financial**
Creditor's name
**1601 S. Adams St. #B**
Number     Street

| Describe the property that secures the claim: | $1,993.00 | $100.00 | $1,893.00 |
|---|---|---|---|
| **Household Goods** | | | |

**Fulton          MS    38843**
City          State    ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **5/17/2019**

**Debtor will Surrender**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Non-Purchase Money**

Last 4 digits of account number    ___ ___ ___ ___

---

**2.3**

**Ally Financial**
Creditor's name
**Attn: Bankruptcy Dept**
Number     Street
**PO Box 380901**

| Describe the property that secures the claim: | $10,102.00 | $7,560.00 | $2,542.00 |
|---|---|---|---|
| **2015 Hyundai Sonata** | | | |

**Bloomington     MN    55438**
City          State    ZIP Code

**Who owes the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

Date debt was incurred    **09/2016**

**Debtor will Surrender**
**Debtor Co-signed with Kathy Gray**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number    **0   2   9   5**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:                    **$12,095.00**

Debtor 1    **James W. Gray**

Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|---|

| 2.4 | | | | |
|---|---|---|---|---|

**Exeter Finance Corp**
Creditor's name
**PO Box 166008**
Number    Street

Describe the property that secures the claim:    **$17,479.00**    **$14,265.00**    **$3,214.00**

**2018 Nissan Sentra**

_____

**Irving**        **TX**    **75016**
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Date debt was incurred    **10/2018**    Last 4 digits of account number    **1  0  0  1**

**Debtor will Surrender**
**Debtor Co-signed with Kathy Gray**

| 2.5 | | | | |
|---|---|---|---|---|

**First Metropolitan Financial Services**
Creditor's name
**6295 Summer Avenue**
Number    Street
**Suite 102**

Describe the property that secures the claim:    **$1,993.00**    **$100.00**    **$1,893.00**

**Household Goods**

_____

**Memphis**        **TN**    **38134**
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Non-Purchase Money**

Date debt was incurred    **05/17/2019**    Last 4 digits of account number    **6  9  0  6**

**Debtor will Surrender**

Add the dollar value of your entries in Column A on this page.  Write that number here:    **$19,472.00**

Debtor 1    **James W. Gray**                                                    Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |

---

**2.6**

**Republic Finance**
Creditor's name
**304 Hwy 278 Suite B**
Number    Street

_____

**Amory**              **MS    38821**
City              State    ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **01/2019**

**Debtor will Surrender**

Describe the property that secures the claim:

**2003 Chevrolet Silverado Z71**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Non-Purchase Money**

Last 4 digits of account number    3  7  7  5

|  | $6,415.00 | $4,927.50 | $1,487.50 |

---

**2.7**

**Snap On Credit**
Creditor's name
**950 Technology Way**
Number    Street
**Suite 301**

_____

**Libertyville**        **IL    60048**
City              State    ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **08/01/2017**

**Debtor will Surrender**

Describe the property that secures the claim:

**Tools**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Last 4 digits of account number    9  1  6  7

|  | $6,859.00 | $100.00 | $6,759.00 |

---

Add the dollar value of your entries in Column A on this page.  Write that number here:

**$13,274.00**

Debtor 1    **James W. Gray**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

**2.8**

**Tower Loan**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 320001**

_____

**Flowood          MS    39232**
City              State    ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **03/06/2019**

**Debtor will Surrender**

Describe the property that secures the claim:

**Household Goods**

| | | |
|---|---|---|
| $4,849.00 | $100.00 | $4,749.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Non-Purchase Money**

Last 4 digits of account number    8   5   4   6

---

**2.9**

**Tower Loan**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 320001**

_____

**Flowood          MS    39232**
City              State    ZIP Code

**Who owes the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred    **09/03/2018**

**Debtor will Surrender**

Describe the property that secures the claim:

**Household Goods**

| | | |
|---|---|---|
| $2,942.00 | $100.00 | $2,842.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.**  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Non-Purchase Money**

Last 4 digits of account number    7   1   4   2

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**

| $7,791.00 |
|---|

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**

| $56,632.00 |
|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **W.** | **Gray** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No.  Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

_____    _____

Priority Creditor's Name

**Last 4 digits of account number**   __ __ __ __

_____

Number        Street

**When was the debt incurred?**   _____

_____

_____

**As of the date you file, the claim is:** Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

_____

City        State    ZIP Code

**Who incurred the debt?**   Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
   ☐ No
   ☐ Yes

**Type of PRIORITY unsecured claim:**
   ☐ Domestic support obligations
   ☐ Taxes and certain other debts you owe the government
   ☐ Claims for death or personal injury while you were intoxicated
   ☐ Other.  Specify _____

Debtor 1   **James W. Gray** _____   Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

---

**4.1**  |  **$2,000.00**

**Amazon/SYNCB**
Nonpriority Creditor's Name
**PO Box 960013**
Number      Street

**Orlando**          **FL**    **32896-0013**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

---

**4.2**  |  **$214.74**

**Aramark**
Nonpriority Creditor's Name
**PO Box 731676**
Number      Street

**Dallas**          **TX**    **75167**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

Debtor 1     **James W. Gray**_____     Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.3**                                                                           **$8,000.00**

**Armstrong Bank**
Nonpriority Creditor's Name
**810 West Campbell Ave**
Number        Street
_____

_____

**Warner          OK     74469**
City                    State      ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**1999 Chevrolet Silverado was Repossessed**

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Repossession**

**4.4**                                                                           **$1,516.75**

**Ascentium Capital LLC**
Nonpriority Creditor's Name
**23970 Hwy 59 North**
Number        Street
_____

_____

**Kingwood          TX     77339**
City                    State      ZIP Code

Last 4 digits of account number    **5   8   4   0**

When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Debtor 1    **James W. Gray**                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

|  |  | **Total claim** |

**4.5**                                                                                    **$2,859.76**

**AT&T**
Nonpriority Creditor's Name
**P.O. Box 5014**
Number        Street

_____

**Carol Stream        IL        60197**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **0    4    7    6**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Old Bill**

---

**4.6**                                                                                    **$1,850.00**

**Buckle/Comenity Bank**
Nonpriority Creditor's Name
**PO Box 182125**
Number        Street

_____

**Columbus        OH        43218**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
     **Credit Card**

Debtor 1    **James W. Gray**                                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

**4.7**                                                        **$825.00**

**Capital One**
Nonpriority Creditor's Name
P O Box 85520
Number      Street

_____

**Richmond**            **VA**    **23285**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **3**  **6**  **1**  **2**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

---

**4.8**                                                        **$479.00**

**Care Credit/Synchrony Bank**
Nonpriority Creditor's Name
**Attn:  Bankruptcy Dept**
Number      Street
**PO Box 965060**

_____

**Orlando**              **FL**    **32896**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **7**  **9**  **8**  **2**
**When was the debt incurred?**    **03/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

Debtor 1    **James W. Gray**                                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.9**                                                                                          **$1,200.00**

**Comenity Capital Bank**
Nonpriority Creditor's Name
**PO Box 18003**
Number        Street

_____

**Columbus**          **OH**     **43218**
City                State    ZIP Code

Last 4 digits of account number    **6   7   1   2**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
 that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

---

**4.10**                                                                                         **$1,001.00**

**Credit First National Association**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number        Street
**PO Box 81315**

_____

**Cleveland**          **OH**     **44181**
City                State    ZIP Code

Last 4 digits of account number    **2   3   8   8**

When was the debt incurred?    **12/2015**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
 that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

Debtor 1     **James W. Gray** _____     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.11 | | **$850.00** |

**Credit One Bank**
Nonpriority Creditor's Name
**P.O. Box 60500**
_____
Number     Street
_____

**City of Industry**     **CA**    **91716-0500**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

| 4.12 | | **$370.78** |

**Fingerhut/Webbank**
Nonpriority Creditor's Name
**PO Box 0260**
_____
Number     Street
_____

**Saint Cloud**     **MN**    **56303**
City      State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** **1  0  0  3**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Debtor 1  **James W. Gray**                                           Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|

**4.13**                                                                                                    $796.00

**Fstampay-mermacIse Acq**
Nonpriority Creditor's Name
**100 Throckmorton St Ste**
Number        Street

_____

**Ft Worth**              **TX**      **76102**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **5**   **6**   **2**   **8**
When was the debt incurred?       **05/2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Old Bill**

**4.14**                                                                                                    $300.00

**Indigo Celtic Bank**
Nonpriority Creditor's Name
**P.O. Box 4477**
Number        Street

_____

**Berton**                **OR**      **97008**
City                      State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___  ___  ___  ___
When was the debt incurred?       _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Debtor 1    **James W. Gray**                                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

### 4.15

**IRS**
Nonpriority Creditor's Name
**P.O. Box 6229**
_____
Number          Street

$158.00

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

_____

**Chicago**                **IL**      **60680-6229**
City                        State    ZIP Code

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Taxes**

### 4.16

**Kohls/Capital One**
Nonpriority Creditor's Name
**Kohls Card Support/Bankruptcy**
Number     Street
**PO Box 3120**
_____

$281.00

Last 4 digits of account number    **0**   **9**   **2**   **3**

When was the debt incurred?    **03/2015**
_____

**Milwaukee**              **WI**      **53201**
City                        State    ZIP Code

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**    Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Credit Card**

Debtor 1    **James W. Gray** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

### 4.17

| | **$675.00** |

**Max South**
Nonpriority Creditor's Name
**PO Box 10027**
Number    Street

_____

**Toledo**          **OH    43699**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Old Bill**

### 4.18

| | **$3,409.00** |

**Military Credit**
Nonpriority Creditor's Name
**1150 E. Little Creek Rd.**
Number    Street

_____

**Norfolk**          **VA    23518**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Debtor 1    **James W. Gray**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.19**                                                                                    **$475.00**

**NMMC**
Nonpriority Creditor's Name
**P.O. Box 830913**
Number      Street

_____

**Birmingham          AL    35283**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical Fees**

**4.20**                                                                                    **$81.00**

**North MS Medical Clinic**
Nonpriority Creditor's Name
**450 East President**
Number      Street

_____

**Tupelo              MS    38801**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  _5_ _9_ _9_ _2_
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Medical Fees**

Debtor 1    **James W. Gray**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.21**                                                                                      **$359.00**

**O'Reilly Auto Parts**
Nonpriority Creditor's Name
**PO Box 790098**
Number        Street

_____

**St Louis**              **MO**      **63179-0098**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    **2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Old Bill**

**4.22**                                                                                      **$148.00**

**Ortho Institute**
Nonpriority Creditor's Name
**450 East President Street**
Number        Street

_____

**Tupelo**                **MS**      **38801**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **1  7  8  4**
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Old Bill**

Debtor 1    **James W. Gray**                                         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.23**                                                                              **$2,412.00**

**PayPal**
Nonpriority Creditor's Name
**2211 North First Street**
Number        Street
_____

**San Jose            CA      95131**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __1__  __1__  __9__  __7__
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

---

**4.24**                                                                              **$285.00**

**Renesant Bank**
Nonpriority Creditor's Name
**ATTN: Bankruptcy Dept.**
Number        Street
**PO Box 4140**
_____

**Tupelo              MS      38803**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Account Closed 7/18/2019**

Last 4 digits of account number    __0__  __0__  __0__  __1__
**When was the debt incurred?**        **01/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Closed Bank Account**

Debtor 1   **James W. Gray**                                          Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

|  | Total claim |
|---|---|

**4.25**                                                                           **$837.00**

**Shell Oil/Citibank**
Nonpriority Creditor's Name
**Citibank Corp/Centralized Bankruptcy**
Number        Street
**PO Box 790034**

_____

**Saint Louis**            **MO**    **63179**
City                      State    ZIP Code

Last 4 digits of account number    **0**  **5**  **8**  **2**

When was the debt incurred?    **04/2016**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

**4.26**                                                                           **$973.00**

**Synchrony Bank**
Nonpriority Creditor's Name
**Bankruptcy Dept**
Number        Street
**PO Box 965060**

**Orlando, FL, 32876**

_____
City                      State    ZIP Code

Last 4 digits of account number    **2**  **8**  **6**  **0**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

Debtor 1    **James W. Gray**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| **Total claim** |

**4.27**                                                                                    **$1,350.00**

**True Value/Comenity Capital**
Nonpriority Creditor's Name
**PO Box 182125**
Number        Street

_____

**Columbus                    OH      43218**
City                          State    ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Old Bill**

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.28**                                                                                    **$850.00**

**Walmart**
Nonpriority Creditor's Name
**PO Box 960024**
Number        Street

_____

**Atlanta                      GA      30353**
City                          State    ZIP Code

Last 4 digits of account number    **1   4   0   4**

When was the debt incurred?         _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Credit Card**

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1    **James W. Gray**                                                                Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
    For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
    creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
    debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
    any debts in Parts 1 or 2, do not fill out or submit this page.

**AmSher Collection Srv**
Name
**4524 Southlake Parkway**
Number    Street
**STE 15**

**Hoover**        **AL**    **35244**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.5**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **0**  **4**  **7**  **6**

**Aramark**
Name
**4094 Rob Drive**
Number    Street

**Tupelo**        **MS**    **38801**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.2**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**ARS**
Name
**PO Box 469100**
Number    Street

**Escondido**        **CA**    **92046**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.25**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**AT&T**
Name
**PO Box 10330**
Number    Street

**Fort Wayne**        **IN**    **46851**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.5**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Franklin Collection Service, Inc.**
Name
**Attn: Bankruptcy**
Number    Street
**PO Box 3910**

**Tupelo**        **MS**    **38803**
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  **4.20**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **5**  **9**  **9**  **2**

Debtor 1  **James W. Gray**                                           Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Hunter Warfield**
Name
**PO Box 1280**
Number        Street

**Oaks**              **PA**      **19456**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.4**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**Jefferson Capital Systems, LLC**
Name
**PO Box 1999**
Number        Street

**Saint Cloud**        **MN**      **56302**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.12**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  **1** **0** **0** **3**

---

**LVNV Funding/Resurgent Capital**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 10497**

**Greenville**        **SC**      **29603**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.28**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  **1** **1** **9** **7**

---

**LVNV Funding/Resurgent Capital**
Name
**Attn: Bankruptcy**
Number        Street
**PO Box 10497**

**Greenville**        **SC**      **29603**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.23**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  **1** **1** **9** **7**

---

**MRS BPO**
Name
**1930 Olney Ave**
Number        Street

**Cherry Hill**        **NJ**      **08003**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.23**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

---

**Portfolio Recovery**
Name
**Attn: Bankruptcy**
Number        Street
**120 Corporate Blvd**

**Norfold**          **VA**      **23502**
City                State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.26**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  **6** **7** **1** **2**

---

Debtor 1 **James W. Gray**                                             Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

**Portfolio Recovery**
Name
**Attn: Bankruptcy**
Number        Street
**120 Corporate Blvd**

_____

**Norfold**            **VA**     **23502**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.9**  of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **6  7  1  2**

---

**Portfolio Recovery**
Name
**Attn: Bankruptcy**
Number        Street
**120 Corporate Blvd**

_____

**Norfold**            **VA**     **23502**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.7**  of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   **6  7  1  2**

---

**US Attorney**
Name
**900 Jefferson Ave**
Number        Street

_____

**Oxford**            **MS**     **38655**
City                     State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.15**  of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   __ __ __ __

Debtor 1    **James W. Gray** _____    Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.   **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
     28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.        $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b.        $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.        $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+**        $0.00 |
| | 6e. | **Total.**    Add lines 6a through 6d. | 6d.        **$0.00** |

|  | | | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.        $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.        $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.        $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+**        $34,556.03 |
| | 6j. | **Total.**    Add lines 6f through 6i. | 6j.        **$34,556.03** |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **W.** | **Gray** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☑ **No.**  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☐ **Yes.**  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

|  Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | **James** | **W.** | **Gray** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☐ Yes

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

   *Column 1:*  **Your codebtor**

   *Column 2:*  **The creditor to whom you owe the debt**

   Check all schedules that apply:

| 3.1 | **Kathy Gray** | | |
|---|---|---|---|
| | Name | | |
| | **144 Verona Ave** | | |
| | Number        Street | | |
| | | | |
| | **Nettleton** | **MS** | **38858** |
| | City | State | ZIP Code |

   ☑ Schedule D, line ___**2.4**___

   ☐ Schedule E/F, line _____

   ☐ Schedule G, line _____

   **Exeter Finance Corp**

| 3.2 | **Kathy Gray** | | |
|---|---|---|---|
| | Name | | |
| | **144 Verona Ave** | | |
| | Number        Street | | |
| | | | |
| | **Nettleton** | **MS** | **38858** |
| | City | State | ZIP Code |

   ☑ Schedule D, line ___**2.3**___

   ☐ Schedule E/F, line _____

   ☐ Schedule G, line _____

   **Ally Financial**

**Fill in this information to identify your case:**

| Debtor 1 | James | W. | Gray |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | Maintenance | |
| Employer's name | | Elite Comfort Solutions | |
| Employer's address | | 234 CDF Blvd. | |
| | | Number  Street | Number  Street |
| | | Verona                MS    38879 | |
| | | City                    State  Zip Code | City                    State  Zip Code |
| How long employed there? | | 2 Months | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $4,119.31 | |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $4,119.31 | |

Debtor 1    **James W. Gray**_____    Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here ........................................... ➔ 4. | **$4,119.31** | _____

**5.** List all payroll deductions:

| | | | |
|---|---|---|---|
| **5a.** Tax, Medicare, and Social Security deductions | 5a. | **$984.27** | _____ |
| **5b.** Mandatory contributions for retirement plans | 5b. | **$0.00** | _____ |
| **5c.** Voluntary contributions for retirement plans | 5c. | **$0.00** | _____ |
| **5d.** Required repayments of retirement fund loans | 5d. | **$0.00** | _____ |
| **5e.** Insurance | 5e. | **$0.00** | _____ |
| **5f.** Domestic support obligations | 5f. | **$0.00** | _____ |
| **5g.** Union dues | 5g. | **$0.00** | _____ |
| **5h.** Other deductions. | | | |
| Specify: _____ | 5h.**+** | **$0.00** | _____ |

**6.** **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$984.27** | _____

**7.** **Calculate total monthly take-home pay.**    Subtract line 6 from line 4. | 7. | **$3,135.04** | _____

**8.** List all other income regularly received:

**8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | _____

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | |
|---|---|---|---|
| **8b.** Interest and dividends | 8b. | **$0.00** | _____ |
| **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | _____ |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | |
|---|---|---|---|
| **8d.** Unemployment compensation | 8d. | **$0.00** | _____ |
| **8e.** Social Security | 8e. | **$0.00** | _____ |
| **8f.** Other government assistance that you regularly receive | | | |

Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | |
|---|---|---|---|
| Specify: _____ | 8f. | **$0.00** | _____ |
| **8g.** Pension or retirement income | 8g. | **$0.00** | _____ |
| **8h.** Other monthly income. | | | |
| Specify: **Mother's Social Security** | 8h.**+** | **$1,399.00** | _____ |

**9.** **Add all other income.**    Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$1,399.00** | _____

**10.** **Calculate monthly income.**    Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$4,534.04** | + _____ | = | **$4,534.04**

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ | 11. | **+** | **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | **$4,534.04**

**Combined monthly income**

Debtor 1    **James W. Gray**                                            Case number (if known) _____

**13.  Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

| **None.** |
| --- |
|  |

**Fill in this information to identify your case:**

Debtor 1        **James**              **W.**              **Gray**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**          ☐ No

   Do not list Debtor 1 and Debtor 2.          ☒ Yes. Fill out this information for each dependent......................

   Do not state the dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Mother** | **59** | ☐ No   ☒ Yes |
   | | | ☐ No   ☐ Yes |
   | | | ☐ No   ☐ Yes |
   | | | ☐ No   ☐ Yes |
   | | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No

   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**      4. _____
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes                                    4a. _____

   4b. Property, homeowner's, or renter's insurance        4b. _____

   4c. Home maintenance, repair, and upkeep expenses       4c. _____ **$275.00**

   4d. Homeowner's association or condominium dues          4d. _____

Debtor 1    **James W. Gray** _____    Case number (if known) _____

**Your expenses**

5.   **Additional mortgage payments for your residence,** such as home equity loans    5. _____

6.   **Utilities:**

   6a.  Electricity, heat, natural gas    6a. _____ **$450.00**

   6b.  Water, sewer, garbage collection    6b. _____ **$125.00**

   6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. _____ **$197.04**

   6d.  Other.  Specify: _____    6d. _____

7.   **Food and housekeeping supplies**    7. _____ **$800.00**

8.   **Childcare and children's education costs**    8. _____

9.   **Clothing, laundry, and dry cleaning**    9. _____ **$159.00**

10.  **Personal care products and services**    10. _____ **$75.00**

11.  **Medical and dental expenses**    11. _____ **$55.00**

12.  **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments.    12. _____ **$420.00**

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. _____ **$250.00**

14.  **Charitable contributions and religious donations**    14. _____

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance    15a. _____ **$25.00**

   15b.  Health insurance    15b. _____ **$45.00**

   15c.  Vehicle insurance    15c. _____

   15d.  Other insurance.  Specify: _____    15d. _____

16.  **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16. _____

17.  **Installment or lease payments:**

   17a.  Car payments for Vehicle 1    **Estimated Future Car Payment**    17a. _____ **$425.00**

   17b.  Car payments for Vehicle 2    17b. _____

   17c.  Other.  Specify: _____    17c. _____

   17d.  Other.  Specify: _____    17d. _____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**    18. _____

19.  **Other payments you make to support others who do not live with you.**
Specify: _____    19. _____

Debtor 1    **James W. Gray** _____    Case number (if known) _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.   Mortgages on other property                                      20a.   _____

    20b.   Real estate taxes                                               20b.   _____

    20c.   Property, homeowner's, or renter's insurance                    20c.   _____

    20d.   Maintenance, repair, and upkeep expenses                        20d.   _____

    20e.   Homeowner's association or condominium dues                     20e.   _____

**21.** **Other.**   Specify:   **See continuation sheet** _____   21.   +   _____**$1,228.00**

**22.** **Calculate your monthly expenses.**

    22a.   Add lines 4 through 21.                                         22a.   **$4,529.04**

    22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.   _____

    22c.   Add line 22a and 22b.  The result is your monthly expenses.     22c.   **$4,529.04**

**23.** **Calculate your monthly net income.**

    23a.   Copy line 12 (your combined monthly income) from Schedule I.    23a.   **$4,534.04**

    23b.   Copy your monthly expenses from line 22c above.                 23b.   −   **$4,529.04**

    23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                          23c.   **$5.00**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:
**None.**

Debtor 1    **James W. Gray**                                                    Case number (if known) _____

21.  <u>Other.  Specify:</u>

| | |
|---|---|
| **Mother's Medical Expenses** | **$300.00** |
| **Mother's Insurance** | **$265.00** |
| **Mother's Loan/Credit Card Payments** | **$100.00** |
| **Mother's Phone/Internet** | **$172.00** |
| **Mother's Car Payment** | **$391.00** |

**Total:**    **$1,228.00**

**Fill in this information to identify your case:**

Debtor 1     **James**          **W.**          **Gray**
             First Name         Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name     Last Name

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B......................................... | **$11,070.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................... | **$45,003.50** |
| | 1c. Copy line 63, Total of all property on Schedule A/B......................................... | **$56,073.50** |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$56,632.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$34,556.03** |
| | Your total liabilities | **$91,188.03** |

### Part 3:    Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I........................................................................... | **$4,534.04** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J............................................................................. | **$4,529.04** |

Debtor 1   **James W. Gray** _____   Case number (if known) _____

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$1,518.16

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)
$0.00

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)
$0.00

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)
$0.00

9d.  Student loans.  (Copy line 6f.)
$0.00

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)
$0.00

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)
+   $0.00

9g.  **Total.**  Add lines 9a through 9f.
$0.00

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | <u>**James**</u> First Name | <u>**W.**</u> Middle Name | <u>**Gray**</u> Last Name |

Debtor 2
(Spouse, if filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the: <u>**NORTHERN DIST. OF MISSISSIPPI**</u>

Case number
(if known)    _____

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____        X _____
   James W. Gray, Debtor 1                         Signature of Debtor 2

Date <u>08/20/2019</u>                             Date _____
        MM / DD / YYYY                                      MM / DD / YYYY

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **W.** | **Gray** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DIST. OF MISSISSIPPI** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

<table><tr><td style="background:black;color:white"><strong>Part 1:</strong></td><td><strong>Give Details About Your Marital Status and Where You Lived Before</strong></td></tr></table>

1. **What is your current marital status?**
   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **James W. Gray** _____    Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions,<br>bonuses, tips<br>☑ Operating a business | **$16,527.00** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, __2018__ )<br>　　　　　　　　　　　　YYYY | ☑ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | **$31,927.00** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, __2017__ )<br>　　　　　　　　　　　　YYYY | ☑ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | **$43,594.00** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

   ☑ No
   ☐ Yes.  Fill in the details.

Debtor 1     **James W. Gray**_____      Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

**8.    Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

**9.    Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes.  Fill in the details.

Debtor 1      **James W. Gray**                                                    Case number (if known) _____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☑ No.  Go to line 11.
- ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No
- ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No
- ☐ Yes

| Part 5: | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☑ No
- ☐ Yes.  Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☑ No
- ☐ Yes.  Fill in the details for each gift or contribution.

| Part 6: | **List Certain Losses** |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☐ No
- ☑ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid.  List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| Shop was broken into and TV, AC, Tools, Batteries, Speaker was stolen | | 7/18/2019 | $4,600.00 |

Debtor 1    **James W. Gray**                                              Case number (if known) _____

| **Part 7:** | **List Certain Payments or Transfers** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

   ☐ No
   ☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Law Office of Denvil F. Crowe** <br> Person Who Was Paid | **Attorney Fees** | | |
| **346 N. Green St.** <br> Number     Street | | | **$1,366.00** |
| **PO Box 1158** | | | |
| **Tupelo**          **MS**   **38802-1158** <br> City          State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |
| **CIN Legal Data Services** <br> Person Who Was Paid | **Description and value of any property transferred** <br> **Credit Report** | **Date payment or transfer was made** | **Amount of payment** |
| **4540 Honeywell Court** <br> Number     Street | | | **$38.00** |
| **Dayton**          **OH**   **45424** <br> City          State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |
| **Abacus Credit Counseling** <br> Person Who Was Paid | **Description and value of any property transferred** <br> **Credit Counseling** | **Date payment or transfer was made** | **Amount of payment** |
| **17337 Ventura Blvd, Ste 226** <br> Number     Street | | | **$40.00** |
| **Encino**          **CA**   **91316** <br> City          State    ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

Debtor 1    **James W. Gray** _____    Case number (if known) _____

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

---

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Renasant Bank** <br> Name of Financial Institution <br><br> **232 Broad Street** <br> Number    Street <br><br> _____ <br><br> **Shannon**    **MS**    **38868** <br> City    State    ZIP Code | **XXXX-** __ __ __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | 7/18/2019 | ($368.11) |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **James W. Gray** _____    Case number (if known) _____

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

---

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

---

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

---

**Part 10:**    **Give Details About Environmental Information**

---

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

---

Debtor 1     **James W. Gray**_____     Case number (if known) _____

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

**27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No.  None of the above applies.  Go to Part 12.
- ☑ Yes.  Check all that apply above and fill in the details below for each business.

**J Dub's Auto Repair LLC**_____
Business Name

**104 Buchanan Ave**_____
Number     Street

_____

**Nettleton          MS    38858**_____
City              State   ZIP Code

**Describe the nature of the business**
**Mechanic Shop**

**Name of accountant or bookkeeper**

**Employer Identification number**
**Do not include Social Security number or ITIN.**

EIN:  ___  ___  **–**  ___  ___  ___  ___  ___  ___

**Dates business existed**

From    **4/11/2017**    To    **5/2019**

**28.  Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

- ☑ No
- ☐ Yes.  Fill in the details below.

Debtor 1    **James W. Gray**_____    Case number (if known) _____

| **Part 12:** | **Sign Below** |
|---|---|

**I have read the answers on this _Statement of Financial Affairs_ and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X _____    X _____
    James W. Gray, Debtor 1        Signature of Debtor 2

    Date    **08/20/2019**_____        Date _____

**Did you attach additional pages to _Your Statement of Financial Affairs for Individuals Filing for Bankruptcy_ (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  _Bankruptcy Petition Preparer's Notice,
    Declaration, and Signature_  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **W.** | **Gray** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DIST. OF MISSISSIPPI**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**

- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Hold Secured Claims |
|---|---|

1.  **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **1st Heritage**<br><br>Description of property securing debt: **Household Goods** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **1st Metropolitan Financial**<br><br>Description of property securing debt: **Household Goods** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name: **Ally Financial**<br><br>Description of property securing debt: **2015 Hyundai Sonata** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1    **James W. Gray**                                                Case number (if known) _____

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

Creditor's name:    **Exeter Finance Corp**

Description of property securing debt:    **2018 Nissan Sentra**

- ☒ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement.*
- ☐ Retain the property and [explain]:

- ☐ No
- ☐ Yes

Creditor's name:    **First Metropolitan Financial Services**

Description of property securing debt:    **Household Goods**

- ☒ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement.*
- ☐ Retain the property and [explain]:

- ☐ No
- ☐ Yes

Creditor's name:    **Republic Finance**

Description of property securing debt:    **2003 Chevrolet Silverado Z71**

- ☒ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement.*
- ☐ Retain the property and [explain]:

- ☐ No
- ☐ Yes

Creditor's name:    **Snap On Credit**

Description of property securing debt:    **Tools**

- ☒ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement.*
- ☐ Retain the property and [explain]:

- ☐ No
- ☐ Yes

Creditor's name:    **Tower Loan**

Description of property securing debt:    **Household Goods**

- ☒ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement.*
- ☐ Retain the property and [explain]:

- ☐ No
- ☐ Yes

Creditor's name:    **Tower Loan**

Description of property securing debt:    **Household Goods**

- ☒ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement.*
- ☐ Retain the property and [explain]:

- ☐ No
- ☐ Yes

---

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                          Will this lease be assumed?

**None.**

Debtor 1    **James W. Gray** _____    Case number (if known) _____

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X _____            X _____
James W. Gray, Debtor 1                    Signature of Debtor 2

Date  **08/20/2019** _____             Date _____
     MM / DD / YYYY                             MM / DD / YYYY

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

In re  **James W. Gray**

Case No. _____

Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................     **$1,366.00**

Prior to the filing of this statement I have received.......................................................     **$1,366.00**

Balance Due................................................................................................................     **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**The court filing fee, postage, or any fees and charges related to credit and educational counseling as well as credit and asset reports. The representation in any reaffirmation hearing or negotiation of any reaffirmation agreement with any creditor(s).  The representation in any dischargeability actions, judicial lien avoidances or relief from stay actions. The representation in any court action filed in conjunction with the Petition including, but not limited to, adversary proceedings such as dischargeability complaints, extraordinary motions,  or  abuse motions under 707 (b) of the Bankruptcy Code or responding to an inquiry made by the U.S. Trustee's Office in connection with a determination of whether to make a motion to dismiss or deny discharge.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| _08/20/2019_ | | |
| --- | --- | --- |
| *Date* | | |

*Denvil F. Crowe*                                    Bar No.  9345
The Law Office of Denvil F. Crowe
346 North Green St.
P.O. Box 1158
Tupelo, MS  38802
Phone: (662) 844-7949 / Fax: (662) 680-4816

---

*James W. Gray*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

IN RE:   **James W. Gray**                                         CASE NO

                                                                  CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  8/20/2019                                  Signature _____
                                                         *James W. Gray*


Date _____                   Signature _____

1st Heritage
2306 W. Main Street
Tupelo, MS 38801


1st Metropolitan Financial
1601 S. Adams St. #B
Fulton, MS 38843


Ally Financial
Attn: Bankruptcy Dept
PO Box 380901
Bloomington, MN 55438


Amazon/SYNCB
PO Box 960013
Orlando, FL 32896-0013


AmSher Collection Srv
4524 Southlake Parkway
STE 15
Hoover, AL 35244


Aramark
PO Box 731676
Dallas, TX 75167


Aramark
4094 Rob Drive
Tupelo, MS 38801


Armstrong Bank
810 West Campbell Ave
Warner, OK 74469


ARS
PO Box 469100
Escondido, CA 92046

Ascentium Capital LLC
23970 Hwy 59 North
Kingwood, TX 77339


AT&T
P.O. Box 5014
Carol Stream, IL 60197


AT&T
PO Box 10330
Fort Wayne, IN 46851


Buckle/Comenity Bank
PO Box 182125
Columbus, OH 43218


Capital One
P O Box 85520
Richmond, VA  23285


Care Credit/Synchrony Bank
Attn:  Bankruptcy Dept
PO Box 965060
Orlando, FL 32896


Comenity Capital Bank
PO Box 18003
Columbus, OH 43218


Credit First National Association
Attn: Bankruptcy
PO Box 81315
Cleveland, OH 44181


Credit One Bank
P.O. Box 60500
City of Industry, CA 91716-0500

Exeter Finance Corp
PO Box 166008
Irving, TX 75016


Fingerhut/Webbank
PO Box 0260
Saint Cloud, MN 56303


First Metropolitan Financial Services
6295 Summer Avenue
Suite 102
Memphis, TN 38134


Franklin Collection Service, Inc.
Attn: Bankruptcy
PO Box 3910
Tupelo, MS 38803


Fstampay-mermaclse Acq
100 Throckmorton St Ste
Ft Worth, TX 76102


Henry J. Applewhite
Post Office Box 724
Aberdeen, MS 39730


Hunter Warfield
PO Box 1280
Oaks, PA 19456


Indigo Celtic Bank
P.O. Box 4477
Berton, OR 97008


IRS
P.O. Box 6229
Chicago, IL  60680-6229

Jefferson Capital Systems, LLC
PO Box 1999
Saint Cloud, MN 56302


Kathy Gray
144 Verona Ave
Nettleton, MS 38858


Kohls/Capital One
Kohls Card Support/Bankruptcy
PO Box 3120
Milwaukee, WI 53201


LVNV Funding/Resurgent Capital
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603


Max South
PO Box 10027
Toledo, OH 43699


Military Credit
1150 E. Little Creek Rd.
Norfolk, VA 23518


MRS BPO
1930 Olney Ave
Cherry Hill, NJ 08003


NMMC
P.O. Box 830913
Birmingham, AL 35283


North MS Medical Clinic
450 East President
Tupelo, MS 38801

O'Reilly Auto Parts
PO Box 790098
St Louis, MO 63179-0098


Office of U S Trustee
100 W Capitol St, Suite 706
Jackson MS 39269


Ortho Institute
450 East President Street
Tupelo, MS 38801


PayPal
2211 North First Street
San Jose, CA 95131


Portfolio Recovery
Attn: Bankruptcy
120 Corporate Blvd
Norfold, VA 23502


Renesant Bank
ATTN: Bankruptcy Dept.
PO Box 4140
Tupelo, MS 38803


Republic Finance
304 Hwy 278 Suite B
Amory, MS 38821


Shell Oil/Citibank
Citibank Corp/Centralized Bankruptcy
PO Box 790034
Saint Louis, MO 63179


Snap On Credit
950 Technology Way
Suite 301
Libertyville, IL 60048

Synchrony Bank
Bankruptcy Dept
PO Box 965060
Orlando, FL, 32876

Tower Loan
Attn: Bankruptcy
PO Box 320001
Flowood, MS 39232

True Value/Comenity Capital
PO Box 182125
Columbus, OH 43218

US Attorney
900 Jefferson Ave
Oxford, MS 38655

Walmart
PO Box 960024
Atlanta, GA 30353